

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-12-00858-CV

Raymond **GONZALES**,
Appellant

v.

**DONALDSON VILLA APARTMENTS**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 381824
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:     Karen Angelini, Justice
             Sandee Bryan Marion, Justice
             Marialyn Barnard, Justice

Delivered and Filed:  July 31, 2013

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was due on June 10, 2013. Neither the brief nor a motion for extension of time has been filed. We, therefore, ordered appellant to file, on or before July 11, 2013, his appellant's brief and a written response reasonably explaining (1) his failure to timely file the brief and (2) why appellee was not significantly injured by his failure to timely file a brief. We warned that if appellant failed to file a brief and the written response by the date ordered, we would dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c)

(allowing involuntary dismissal if appellant has failed to comply with a court order). Appellant failed to respond to our order. We therefore dismiss this appeal for want of prosecution.

PER CURIAM